Daniel A. Sasse (CSB No. 236234)
   dsasse@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California  92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiffs
Ingram Micro Inc. and Synnex Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | MDL Docket No. 3:10-md-02143-RS-JCS |
| This document relates to: | Case No. 3:13-cv-05372-RS |
| Ingram Micro Inc. and Synnex Corporation,<br><br>         Plaintiffs,<br><br>      v.<br><br>LG Electronics, Inc.; LG Electronics USA, Inc.; Hitachi-LG Data Storage, Inc.; Hitachi-LG Data Storage Korea, Inc.; Koninklijke Philips N.V.; Lite-On IT Corporation of Taiwan; BenQ Corporation; BenQ America Corporation; Philips & Lite-On Digital Solutions Corporation; Philips & Lite-On Digital Solutions USA, Inc.; Toshiba Corporation; Toshiba America Information Systems, Inc.; Sony Corporation; Sony Electronics, Inc.; NEC Corporation; Sony NEC Optiarc Inc.; Sony Optiarc Inc.; Sony Optiarc America Inc.; Panasonic Corp.; Panasonic Corporation of North America; TEAC Corporation; TEAC America, Inc.; Quanta Storage, Inc.; and Quanta Storage America, Inc.,<br><br>         Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE OF PROCESS**<br><br>Judge Richard Seeborg |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

**STIPULATION**

It is stipulated by and between the undersigned parties, by their respective attorneys, that:

1.      Undersigned counsel of EIMER STAHL LLP agree to accept service of the Complaint in *Ingram Micro Inc., et al. v. LG Electronics Inc., et al.*, Case No. 3:13-cv-05372-RS, on behalf of Defendants LG Electronics, Inc. and LG Electronics USA, Inc. (collectively, the "LG Electronics Defendants"). The LG Electronics Defendants shall have until Thursday, April 17, 2014, to file a response thereto.

2.      Undersigned counsel of ROPES & GRAY LLP agree to accept service of the Complaint in *Ingram Micro Inc., et al. v. LG Electronics Inc., et al.*, Case No. 3:13-cv-05372-RS, on behalf of Defendants Hitachi-LG Data Storage, Inc. and Hitachi-LG Data Storage Korea, Inc. (collectively, the "HLDS Defendants"). The HLDS Defendants shall have until Thursday, April 17, 2014, to file a response thereto.

3.      Undersigned counsel of BAKER BOTTS LLP agree to accept service of the Complaint in *Ingram Micro Inc., et al. v. LG Electronics Inc., et al.*, Case No. 3:13-cv-05372-RS, on behalf of Defendants Koninklijke Philips N.V. ("Philips"), Lite-On IT Corp. of Taiwan ("Lite-On"), Philips & Lite-On Digital Solutions Corp. ("PLDS"), and Philips & Lite-On Digital Solutions U.S.A., Inc. ("PLDS USA") (collectively, the "Philips Defendants"). The Philips Defendants shall have until Thursday, April 17, 2014, to file a response thereto.

4.      Undersigned counsel of DICKSTEIN SHAPIRO LLP agree to accept service of the Complaint in *Ingram Micro Inc., et al. v. LG Electronics Inc., et al.*, Case No. 3:13-cv-05372-RS, on behalf of Defendants BenQ Corporation and BenQ America Corp. (collectively, the "BenQ Defendants"). The BenQ Defendants shall have until Thursday, April 17, 2014, to answer, move to dismiss, or otherwise respond thereto.

5.      Undersigned counsel of LATHAM & WATKINS LLP agree to accept service of the Complaint in *Ingram Micro Inc., et al. v. LG Electronics Inc., et al.*, Case No. 3:13-cv-05372-RS, on behalf of Defendants Toshiba Corporation ("Toshiba Corp.") and Toshiba America Information Systems, Inc. ("TAIS"). Each of Toshiba Corp. and TAIS shall have until Thursday, April 17, 2014, to file a response thereto.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED]
ORDER REGARDING SERVICE OF PROCESS;
CASE NO. 3:13-CV-05372-RS

6.      Undersigned counsel of WINSTON & STRAWN LLP agree to accept service of the Complaint in *Ingram Micro Inc., et al. v. LG Electronics Inc., et al.*, Case No. 3:13-cv-05372-RS, on behalf of Defendant NEC Corporation ("NEC").  Defendant NEC shall have until Thursday, April 17, 2014, to file a response thereto.

7.      Undersigned counsel of BOIES SCHILLER & FLEXNER LLP agree to accept service of the Complaint in *Ingram Micro Inc., et al. v. LG Electronics Inc., et al.*, Case No. 3:13-cv-05372-RS, on behalf of Defendants Sony Optiarc America Inc. ("SOA") and Sony Electronics, Inc. ("SEI").  Defendants Sony Corporation and Sony Optiarc Inc. ("Sony Optiarc") agree to waive service of the Complaint, and Plaintiffs Ingram Micro Inc. and Synnex Corporation will mail a copy of the Complaint to Sony Corporation and Sony Optiarc via certified mail or United Parcel Service, addressed and delivered to a designated individual in the Sony Corporation Legal Department in Japan.  The deadline for Defendants SOA, SEI, Sony Corporation, and Sony Optiarc (collectively, the "Sony/Optiarc Defendants") to answer, move to dismiss, or otherwise respond to the Complaint shall be extended to Thursday, April 17, 2014.

8.      Undersigned counsel of WINSTON & STRAWN LLP agree to accept service of the Complaint in *Ingram Micro Inc., et al. v. LG Electronics Inc., et al.*, Case No. 3:13-cv-05372-RS, on behalf of Defendants Panasonic Corporation and Panasonic Corporation of North America (collectively, the "Panasonic Defendants").  The Panasonic Defendants shall have until Thursday, April 17, 2014, to file a response thereto.

9.      Undersigned counsel of KATTEN MUCHIN ROSENMAN LLP agree to accept service of the  Complaint in *Ingram Micro Inc., et al. v. LG Electronics Inc., et al.*, Case No. 3:13-cv-05372-RS, on behalf of Defendants TEAC Corporation and TEAC America Inc. (collectively, the "TEAC Defendants").  The TEAC Defendants waive service of the Complaint under Rule 4(d) of the Federal Rules of Civil Procedure.  Those TEAC Defendants who reside in foreign countries that are signatories to the Hague Convention shall be deemed served as provided for by that Convention by sending the Complaint to counsel.  The TEAC Defendants shall have until Thursday, April 17, 2014, to file a response thereto.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION AND [PROPOSED]
ORDER REGARDING SERVICE OF PROCESS;
CASE NO. 3:13-CV-05372-RS

1    10.    This Stipulation does not constitute a waiver by Defendants of any defense,

2    including but not limited to those defenses provided under Rule 12 of the Federal Rules of Civil

3    Procedure.

4    11.    To the extent any Defendant or Defendants move to dismiss the Complaint under

5    Rule 12(b)(6) of the Federal Rules of Civil Procedure or otherwise, the parties shall work in good

6    faith to reach an agreed-upon briefing schedule that they shall present to the Court no later than

7    Thursday, May 1, 2014, but in no event shall the response of Plaintiffs Ingram Micro Inc. and

8    Synnex Corporation to any such motion(s) be due before Monday, June 16, 2014.

9    IT IS SO STIPULATED.

10   Dated: January 17, 2014                     CROWELL & MORING LLP

11                                                  */s/ Daniel A. Sasse*

12                                                  Daniel A. Sasse
                                                   Attorneys for Plaintiffs
13                                          Ingram Micro Inc. and Synnex Corporation

14

15   Dated: January 17, 2014                     EIMER STAHL LLP

16                                                  */s/ Nathan P. Eimer*

17                                                  Nathan P. Eimer
                                                   Attorneys for Defendants
18                                   LG Electronics, Inc. and LG Electronics USA, Inc.

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

STIPULATION AND [PROPOSED]
ORDER REGARDING SERVICE OF PROCESS;
CASE NO. 3:13-CV-05372-RS

1    Dated: January 17, 2014                 ROPES & GRAY LLP

2                                  */s/ Mark S. Popofsky*

3                                Mark S. Popofsky
                               Attorneys for Defendants
4            Hitachi-LG Data Storage, Inc. and Hitachi-LG Data
                               Storage Korea, Inc.

5

6    Dated: January 17, 2014                 BAKER BOTTS LLP

7                                   */s/ Evan Werbel*

8                                 Evan Werbel
                              Attorneys for Defendants
9       Koninklijke Philips N.V., Lite-On IT Corp. of Taiwan,
        Philips & Lite-On Digital Solutions Corp., and Philips
10               & Lite-On Digital Solutions U.S.A., Inc.

11

12    Dated: January 17, 2014              DICKSTEIN SHAPIRO LLP

13                                   */s/ Lisa M. Kaas*

14                                 Lisa M. Kaas
                              Attorneys for Defendants
15         BenQ Corporation and BenQ America Corp.

16

17    Dated: January 17, 2014             LATHAM & WATKINS LLP

18                                   */s/ Belinda Lee*

19                                 Belinda Lee
                              Attorneys for Defendants
20       Toshiba Corporation and Toshiba America Information
                               Systems, Inc.

21

22    Dated: January 17, 2014             WINSTON & STRAWN LLP

23                                   */s/ Robert B. Pringle*

24                                 Robert B. Pringle
                              Attorneys for Defendant
25                                NEC Corporation

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

1    Dated: January 17, 2014                    BOIES SCHILLER & FLEXNER LLP

2                                               */s/ John F. Cove, Jr.*

3                                               John F. Cove, Jr.
                                                Attorneys for Defendants
4                                               Sony Corporation, Sony Optiarc America, Inc., Sony
                                                Optiarc Inc., and Sony Electronics, Inc.
5

6    Dated: January 17, 2014                    WINSTON & STRAWN LLP

7                                               */s/ Jeffrey L. Kessler*

8                                               Jeffrey L. Kessler
                                                Attorneys for Defendants
9                                               Panasonic Corporation and Panasonic Corporation of
                                                North America
10

11   Dated: January 17, 2014                    KATTEN MUCHIN ROSENMAN LLP

12                                              */s/ Mary Ellen Hennessy*

13                                              Mary Ellen Hennessy
                                                Aharon S. Kaye
14                                              Attorneys for Defendants
                                                TEAC Corporation and TEAC America Inc.
15

16

17                          **FILER ATTESTATION**

18         Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the

19   United States District Court for the Northern District of California, I, Daniel A. Sasse, hereby

20   attest that concurrence in the filing of this document has been obtained from each of the other

21   signatories.

22   Dated: January 17, 2014                    */s/ Daniel A. Sasse*
                                                Daniel A. Sasse
23

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Crowell
& Moring LLP
Attorneys At Law

-5-                        STIPULATION AND [PROPOSED]
                           ORDER REGARDING SERVICE OF PROCESS;
                           CASE NO. 3:13-CV-05372-RS

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated: ___1/24_____, 2014   _____

4                                              Hon. Richard Seeborg
                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-6-

STIPULATION AND [PROPOSED]
ORDER REGARDING SERVICE OF PROCESS;
CASE NO. 3:13-CV-05372-RS