1   Christopher M. Neumeyer (CSB No. 151994)
    Asia Law Foreign Legal Affairs Law Firm
2   17F, Suite B, No. 167
    Dunhua North Road
3   Taipei 10549, Taiwan
    Telephone: +886-2-2717-1999
4   chrisneumeyer@asialaw.biz

5   Attorneys for Defendant
    Quanta Storage, Inc.

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11  IN RE OPTICAL DISK DRIVE PRODUCTS          MDL Docket No. 3:10-md-02143-RS-JCS
    ANTITRUST LITIGATION
12

13                                             NOTICE OF WITHDRAWAL AND
                                               SUBSTITUTION OF COUNSEL FOR
14  This Document Relates to :                 DEFENDANT QUANTA STORAGE, INC.;
                                               [PROPOSED ORDER]
15
            ALL ACTIONS
16

17

18  PLEASE TAKE NOTICE that Defendant QUANTA STORAGE, INC. has retained Manning &

19  Kass, Ellrod, Ramirez, Treater, LLP to substitute as counsel for Asia Law Foreign Legal Affairs

20  Law Firm in all of the cases in the above-captioned consolidated matters.

21

22  Withdrawing counsel for Defendant QUANTA STORAGE, INC. is:

23
            Christopher M. Neumeyer (CSB No. 151994)
24          Asia Law Foreign Legal Affairs Law Firm
            17F, Suite B, No. 167
25          Dunhua North Road
            Taipei 10549, Taiwan
26          Telephone: +886-2-2717-1999
            chrisneumeyer@asialaw.biz
27
            Attorneys for Defendant
28          Quanta Storage, Inc.

All pleadings, orders, notices and other documents shall henceforth be served upon the following substituted counsel for Defendant QUANTA STORAGE, INC.:

Anthony J. Ellrod, Esq.
Manning & Kass, Ellrod, Ramirez, Treater, LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA  90017-5504
Tel: (213) 624-6900
Fax: (213) 624-6999
Email: aje@manningllp.com

Paul Hanna, Esq.
Manning & Kass, Ellrod, Ramirez, Treater, LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA  90017-5504
Tel: (213) 624-6900
Fax: (213) 624-6999
Email: pxh@manningllp.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: January 22, 2016          QUANTA STORAGE, INC.


By:_____/s/_____
          JAKE WANG, Head of Legal Dept.


DATED: January 22, 2016          ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM


By:_____/s/_____
          CHRISTOPHER M. NEUMEYER


DATED: January 22, 2016          MANNING & KASS, ELLROD, RAMIREZ, TREATER, LLP


By:_____/s/_____
          PAUL HANNA

1

2   I hereby attest that I obtained concurrence in the filing of this document from each of the other

3   signatories on this e-filed document.

4   DATED: January 22, 2016          ASIA LAW FOREIGN LEGAL AFFAIRS LAW FIRM

5

6   By:_____/s/_____
              CHRISTOPHER M. NEUMEYER
7

8
                          **[PROPOSED] ORDER**
9

10

11  After considering this Notice of Withdrawal and Substitution of Counsel for Defendant Quanta

12  Storage, Inc. in all of the cases in this multi-district action and good cause appearing, said

13  withdrawal and substitution is hereby approved and SO ORDERED.

14

15  DATED: January 22 , 2016         _____

16                                   HON. RICHARD SEEBORG
                                     UNITED STATES DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28